# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington
Date: 3/8/2011                                                                                    Case Number 3:11-cv-149
Case Style: OVEC vs. U.S. Army Corp
Type of hearing Telephonic Motion Hearing
Before the honorable: 2514-Chambers
Court Reporter Teresa Ruffner                                           Courtroom Deputy Terry Justice
Attorney(s) for the Plaintiff or Government Derek Teaney, Joe Lovett


Attorney(s) for the Defendant(s) Cynthia Morris, Bob McLusky, Russell Young, Ken Amiditz, Shane Harvey


Law Clerk Katherine Regan                                              Probation Officer

## Trial Time


## Non-Trial Time

Motions hearing (without evidence). Type:


## Court Time

1:45 pm    to 2:25 pm
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Hearing commenced:  1:45 pm

TRO discusses and granted.
Preliminary Injunction hearing set for 03/22/11 at 10:00 a.m.

Adjourn:  2:25 pm