IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| THE OHIO VALLEY ENVIRONMENTAL COALITION and THE WEST VIRGINIA HIGHLANDS CONSERVANCY,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>v.  )<br>)<br>UNITED STATES ARMY CORPS OF )<br>ENGINEERS, ROBERT L. VAN ANTWERP, )<br>Commander and Chief of Engineers, U.S. Army )<br>Corps of Engineers, ROBERT D. PETERSON )<br>Colonel, District Engineer, U.S. Army Corps of )<br>Engineers, Huntington District,  )<br>)<br>Defendants.  ) | Civil Action No. 3:11-cv-00149 |

**MOTION TO SET DEADLINE FOR MOTIONS TO CONTINUE PRELIMINARY INJUNCTION HEARING SET FOR MARCH 22, 2011**

Pursuant to the Court's March 9, 2011 Order (Doc. # 6), there is a hearing on Plaintiffs' motion for preliminary injunction in this action set for March 22, 2011 at 10:00 A.M. Plaintiffs hereby respectfully request that the Court set a deadline of close of business Monday, March 14, 2011, for any motions to continue, barring extraordinary circumstances. In support of this motion, Plaintiffs assert the following:

1. Plaintiffs intend to call Dr. Margaret Palmer as an expert witness in support of their motion for preliminary injunction at the March 22, 2011 hearing.

2. Dr. Palmer is currently scheduled to be travelling overseas on March 22, 2011, in order make a presentation to a conference in Paris, France, but will cancel those plans in order to attend the March 22, 2011 hearing in Huntington.

3. In the March 8, 2011 hearing, the Court presented Highland Mining Company the option of continuing the March 22, 2011 hearing.

4. Plaintiffs' lawyer has conferred with lawyer for Highland Mining Company, who represented that the company has not made a decision whether to move to continue the March 22, 2011 hearing.

5. Because of the changes that Dr. Palmer will be making to her schedule to ensure her availability for the March 22, 2011 hearing, it is imperative that the parties know with certainty whether the hearing will proceed as scheduled.

6. Plaintiffs expect to call other witnesses that will be travelling from out of state as well.

DATED: March 10, 2011

        Respectfully submitted,

        /s/ Joseph M. Lovett
        JOSEPH M. LOVETT
        DEREK TEANEY
        Appalachian Center for the
        Economy and the Environment
        P.O. Box 507
        Lewisburg, WV 24901
         Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| THE OHIO VALLEY ENVIRONMENTAL COALITION and THE WEST VIRGINIA HIGHLANDS CONSERVANCY,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, ROBERT L. VAN ANTWERP, Commander and Chief of Engineers, U.S. Army Corps of Engineers, ROBERT D. PETERSON Colonel, District Engineer, U.S. Army Corps of Engineers, Huntington District,<br><br>　　　　　　Defendants. | Civil Action No. 3:11-cv-00149 |

## CERTIFICATE OF SERVICE

　　　　I, Derek O. Teaney, do hereby certify that on March 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and served Defendants and Highland Mining Company by electronic mail to their counsel at the following email addresses:

C.J. Morris – C.J. morris@usdoj.gov
*Counsel for Defendants*

Bob McLusky – rmclusky@jacksonkelly.com
*Counsel for Highland Mining Company*

　　　　　　　　　　　　　　　　　　　　/s/ Derek O. Teaney
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*