IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, INC., et al.,

          Plaintiffs,

v.                                      CIVIL ACTION NO. 3:11-0149

UNITED STATES ARMY CORPS
OF ENGINEERS, et al.,

          Defendant.

## ORDER

Pending before the Court is Plaintiffs' Motion to Set Deadline for Motions to Continue Preliminary Injunction Hearing Set for March 22, 2011 (Doc. 7). Plaintiffs request a deadline of March 14, 2011, for motions to continue to be filed in light of the current travel plans of their anticipated expert witness for the preliminary injunction hearing. In light of the quickly approaching date of the hearing and the time-sensitive nature of Plaintiffs' expert witness's travel plans, the Court **GRANTS** the motion. Parties are hereby **ORDERED** to file any motion to continue the preliminary injunction hearing by **March 14, 2011**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                      ENTER:      March 11, 2011

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE