IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| OHIO VALLEY ENVIRONMENTAL COALITION, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:11-149 ) |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) ) |
| Defendants. | ) ) |

**STATUS REPORT**

Pursuant to the Court's Order of April 20, 2011 [Dkt. No. 38], the United States Army Corps of Engineers ("Corps") hereby reports to the Court and the parties on the Corps' review of the subject permit upon remand.

1. The Corps' review of the subject permit is ongoing. Since our last status report on May 20, 2011, the Corps has had further communications with Highland Mining Company to discuss the issues being reviewed. The Corps has scheduled a meeting with representatives of the company to discuss some of the issues subject to review. The Corps has also requested additional information from the Company, which the Corps anticipates will be provided shortly. The Corps will continue to update the status of its review as required by the April 20, 2011 Order.

1

2. Although the timing of the Corps' review depends on a number of factors, including the receipt of all necessary information, the Corps' good faith estimate is that review will take an additional 60 days to complete.

    Respectfully submitted,

    IGNACIA S. MORENO
    Assistant Attorney General
    Environment & Natural Resources Division

    /s/ Kenneth C. Amaditz
    CYNTHIA J. MORRIS
    KENNETH C. AMADITZ
    U.S. Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    P.O. Box 23986
    Washington, D.C. 20026-3986
    (202) 616-7554 (Morris)
    (202) 514-3698 (Amaditz)
    (202) 514-8865

    RUTH ANN STOREY
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0493

OF COUNSEL:

DEBRA TABOR
U.S. Army Corps of Engineers
Huntington, WV
(304) 399-5886

RUSSELL W. PETIT
U.S. Army Corps of Engineers
Washington, D.C.
(202) 761-0912

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of June, 2011, I filed the foregoing Status Report with the Clerk of Court using the CM/ECF system, which will cause a copy to be served on counsel of record.

                    /s/  Cynthia J. Morris